# United States District Court

_____ DISTRICT OF _____

Samuel Collins

**Plaintiff**

v.

Fred Macdonald

**Defendant**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 03 - 30276 - MAP

I, Samuel Collins, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? NO   Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. labor Ready Main St. Greenfield MA 01301 Only employed one month at $4.75 hour

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends            ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes    ☒ No
   d. Disability or workers compensation payments     ☐ Yes    ☒ No
   e. Gifts or inheritances                           ☐ Yes    ☒ No
   f. Any other sources                               ☐ Yes    ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   One child and pay $32 a week
   Corently Making Payments

I declare under penalty of perjury that the above information is true and correct.

___11-5-03___                    _____[signature]_____
DATE                              SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __206.03__ on account to his/her credit at (name of institution) __Franklin County House of Corrections__. I further certify that the applicant has the following securities to his/her credit: __N/A__

_____. I further certify that during the past six months the applicant's average balance was $ _____.

___11/4/03___                    _____Norma J Fawett_____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

# Account Activity Ledger
### From: 10/01/2003 To: 11/04/2003

Date : 11/04/2003
Time : 06:20

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** COLLINSS   **Name** COLLINS, SAMUEL   **Block** JAILM | | | | | | | | |
| Initial Entry | 10/01/2003 | 10:08 | B#32745 | D | | 0.00 | | 0.0) |
| cash | 10/01/2003 | 10:12 | B#32746 | D | | 67.00 | | 67.0) |
| Sales Transaction | 10/01/2003 | 11:12 | I#62526 | I | 13.83 | | | 53.17 |
| Sales Transaction | 10/06/2003 | 13:49 | I#62589 | I | 21.62 | | | 31.5 |
| Sales Transaction | 10/07/2003 | 07:56 | I#62601 | I | -16.00 | | | 47.5 |
| Sales Transaction | 10/07/2003 | 07:57 | I#62602 | I | 20.00 | | | 27.5 |
| SHARON COOPER 51 CO | 10/20/2003 | 06:38 | B#32831 | D | | 200.00 | | 227.5 |
| Sales Transaction | 10/21/2003 | 09:39 | I#62961 | I | 3.78 | | | 223.7 |
| Sales Transaction | 10/22/2003 | 14:50 | I#63014 | I | 35.32 | | | 188.4 |
| TAMI KEEL 30 X ST T. | 10/23/2003 | 06:31 | B#32846 | D | | 20.00 | | 208.4 |
| Sales Transaction | 11/03/2003 | 14:59 | I#63260 | I | 2.42 | | | (206.0) |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 4 | **For** $ | 287.00 |
| **Withdraws** | 0 | **For** $ | 0.00 |
| **Invoices** | 7 | **For** $ | 80.97 |