03 CV 30276
CHANGE OF ADDRESS                                    11-15-03

To whom this my concern,

my name is Samuel Collins, I am writing this letter, because in the past I filled out some paper work to put a lawsuit on a mr. Fredrick McDonald, he is the sheriff of the Franklin County house of Correction.

last week I was moved to a new facility, the Hampden County house of Correction. There for I will no longer be receiving mail at that address. if you would be so kind as to send it to the Hampden County house of Correction, I would be very thankfully. Thank you for your time.

Samuel Collins

FILED CLERK'S OFFICE
'03 NOV 19 A 11: 06
U.S. DISTRICT COURT
DISTRICT OF MASS.

Samuel Collins 1-26-79
629 randal rd
ludlow ma 01056-1080