UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

| | |
|---|---|
| SAMUEL COLLINS<br><br>                    Plaintiff,<br>    v.<br>FRED MACDONALD<br><br>                    Defendants. | CIVIL ACTION<br>NO. 03-302276-MAP |

U.S. DISTRICT COURT
DISTRICT OF MASS

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Defendant FRED MACDONALD in the above-entitled action.

                                        Respectfully submitted,
                                        Commonwealth of Massachusetts
                                        By Its Attorney,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                        William P. O'Neill  BBO#379745
                                        Assistant Attorney General
                                        Western Massachusetts Division
                                        1350 Main Street
                                        Springfield, MA 01103-1629
                                        (413)784-1240 FAX: 784-1244