Samuel L Collins
160 Elm Street
Greenfield Ma 01301

Clerk-Civil U.S. District Court
1550 Main Street
Springfield Ma, 01103

RE:Samuel L Collins V. Fred McDonald
U.S. District Court No. 03 CV 30276-MAP

Clerk-Civil U.S. District Court,

I wouuld like to drop the charges tha I have brought against Mr. Fred McDonald. I do not wish to continue this matter. Please feel free to contact me at any time. thank you for your time.

Samuel L Collins