UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL COLLINS<br><br>             Plaintiff,<br>    v.<br><br>FRED MACDONALD<br>             Defendants. | CIVIL ACTION<br>NO. 03-30276-MAP |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Pursuant to the provisions of Rule 56 of the Federal Rules of Civil Procedure, the Defendant, Sheriff Fred Macdonald, moves this Court to enter summary judgment in his favor because the Plaintiff has failed to state a claim upon which relief can be granted.

    In support of such Motion, the Defendant states that since the Plaintiff Samuel Collins is no longer a resident of the Franklin County House of Corrections, he is barred from obtaining any injunctive relief. *See Affidavit of Superintendent Byron attached. Purvis v. Ponte*, 929 F.2d 822, 825 (1st Cir. 1991) (holding that former inmate's action against prison officials was moot because he no longer resided at the prison).

    Further, to the extent that the Plaintiff's suit is brought against a Massachusetts institution and its administrators in their official capacities, it is barred under the Eleventh Amendment to the United States Constitution, which proscribes damage suits against states without their consent. *See Florida Prepaid Postsecondary Educ. Expense Bd. v. College Sav. Bank*, 527 U.S. 627, 634 (1999); *Hans v. Louisiana,* 134 U.S. 1, 20 (1890) and *Greenless v. Almond*, 277 F.3d 601, 606-07 (1st Cir. 2002)

    WHEREFORE, the Defendants respectfully request that summary judgment be entered in their favor in the above-entitled action as the plaintiff has failed to state any claim upon which relief can be granted.

                                                Respectfully submitted,
                                                Commonwealth of Massachusetts
                                                By Its Attorney,

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                William P. O'Neill  BBO#379745
                                                Assistant Attorney General
                                                Western Massachusetts Division

1350 Main Street  
Springfield, MA 01103-1629  
(413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, hereby certify that on October 2, 2006, I served a copy of the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by first-class Mail, postage prepaid upon plaintiff pro se, at his last known addresses and address of record, Samuel Collins, 160 Elm Street, Greenfield, MA 01301 and Samuel Collins, 629 Randall Street, Ludlow, Massachusetts 01056

_____  
William P. O'Neill  
Assistant Attorney General